UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| DARLENE HAYES | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action |
| v. | * | Docket No. 2:15-CV-307-JAW |
| | * | |
| SOUTHERN MAINE ORAL AND | * | |
| MAXILLOFACIAL SURGERY, PA | * | |
| | * | |
| | * | |
| Defendant | * | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that

this action and that this action be dismissed in its entirety, with prejudice, each party to pay their

own costs.

SEEN AND AGREED:                                  SEEN AND AGREED:


/s/ Kristin L. Aiello                                      /s/ Christopher Taintor
Kristin L. Aiello, Bar No. 8071                   Christopher Taintor, Bar No. 3313
Peter M. Rice, Bar No. 7277                       NORMAN HANSON DETROY LLC
DISABILITY RIGHTS MAINE                       Two Canal Plaza
24 Stone Street, Suite 204                           Portland, Maine 04112
Augusta, ME  04330                                    (207) 774-7000
(207) 626-2774                                           ctaintor@nhdlaw.com
kaiello@drme.org                                        Attorney for Defendants
pmrice@drme.org
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2016, I electronically filed this Stipulation of Dismissal using the CM/ECF system, which will send notification of such filing(s) to the following:

Christopher Taintor, Esq.
ctaintor@nhdlaw.com

*/s/ Kristin L. Aiello*
Kristin L. Aiello, Bar No. 8071
DISABILITY RIGHTS MAINE
24 Stone Street, Suite 204
Augusta, ME  04330
(207) 626 2774
kaiello@drme.org
Attorney for Plaintiff